United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 3, 2006**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

No. 06-30212
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

MICHAEL L. ROGERS,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
(2:05-CR-20015-ALL)

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Michael L. Rogers has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Rogers has *not* filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities herein, and the **APPEAL IS**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**DISMISSED.** *See* 5TH CIR. R. 42.2.